**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  GRAND JURY INVESTIGATION      :    No. 18 MM 2019
NO. 18                                   :
                                                :
                                                :
PETITION OF:  C.S.                         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of April, 2019, upon consideration of the Petition for Review, this matter shall be determined by this Court upon briefing by and oral argument from the parties.

       In the interest of providing publicly-accessible versions of the filings, Petitioner is DIRECTED to submit to this Court, within 14 days of this Order, a version of his Petition for Review that is redacted to remove information that explicitly or contextually identifies him.  Petitioner is further DIRECTED to remove Exhibit A from that redacted version of his Petition for Review.

       Similarly, the Commonwealth is DIRECTED to submit to this Court, within 14 days of this Order, a version of its Answer that is redacted to remove information that explicitly or contextually identifies Petitioner.

       Each party has 7 days from the date it is served with the opposing party's redacted filings to lodge any objections to the proposed redactions with this Court.  Any such objections shall be remanded to the supervising judge for prompt resolution, including the supervising judge's approval of final versions of the redacted filings.

Additionally, the supervising judge is requested to submit, within 45 days of this Order, redacted versions of her February 13 and March 5 opinions and orders.

Following the submission of all of those redacted documents in this Court, those redacted documents will be publicly docketed, along with the instant order of this Court. A briefing schedule shall then be established, and this matter will be listed for oral argument.

Upon the public docketing of the redacted documents and the instant order, the Prothonotary is DIRECTED to provide a copy of this order to the Office of the Attorney General. *Cf.* Pa.R.A.P. 521(b) ("The Attorney General may be heard on the question of the constitutionality of the statute involved without formal intervention.").